IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Marion Gouan A-221463 )
Full name and prison number )
of plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:07-CV-604-MEF
 Louisiana )   (To be supplied by Clerk of
THE State of ~~Alabama~~ and )   U.S. District Court)
 )
Deputy Warden Steven Bull- )
ard, Ycs District Warden )
Gary Cope's, of Lcs Private )
 )
Prison Service Inc.; )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO ( )

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) ∅

            Defendant(s) ∅

        2.  Court (if federal court, name the district; if state court, name the county) ∅

3.  Docket number _____∅_____

4.  Name of judge to whom case was assigned __∅__

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __∅__

6.  Approximate date of filing lawsuit __∅__

7.  Approximate date of disposition __∅__

II. PLACE OF PRESENT CONFINEMENT LCS. South Louisiana 3843 Stagg Ave Basile Louisiana 70515.

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED LCS. Pine Prairie Correction Service, P.o Box 650 Pine Prairie, LA, 70657

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.
   NAME                                              ADDRESS

1. Gary Cope's, and Walter Bullard, and empl-
2. oyee's at Pine Prairie Correction P.o Box 650
3. Pine Prairie, LA, 70657, and Employee's Here
4. at South Louisiana 3843 Stagg Ave Basile
5. Louisiana, 70515.
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Done the 14 day of July of year 2006.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Attempt to commit Murder or intice by use of strange substance's and Material

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Petitioner allege being Practise by several employed or previously employed staff's, Practicing witch craft against him, on doing the month of July(1) day approximately at 9:45 PM or later Hour's, when upon stating complaint to personnel staff, Resulted in Removal from facility.

GROUND TWO: Custodial Sexual Mis-conduct

SUPPORTING FACTS: Petitioner substantially state suffering sysnstom of Mis-conduct of another Practising him with substance and material occurring threw witch-craft.

GROUND THREE: Entrapment

SUPPORTING FACTS: The Petitioner allege that the parties promoting such Criminal negligence against him are trying or could cause him to commit a mellicious act that could cause him any possible change to Regaining His Freedom

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Petitioner Require immediate Release, in the Compensation Sum, of (1) one Billion Dollar upon Fast Founder of Faults And Evidence Conduce through a polygraph test (questionair)

*Marion Govan* A221463
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 21, 2007.
(Date)

*Marion Govan* A221463
Signature of plaintiff(s)

4



Marion Gouan #A-221463
South Louisiana
3843 Stoss Ave
Basile, LA, 70515

Legal Mail

LAFAYETTE LA 705
25 JUN 2007 PM 3 T

United States
Courthouse. 15 Lee
Street, Montgomery,
AL. 36104

36104/4056