| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): S. F. Landry<br>C. Date of Delivery: 8-9-07 |
| 1. Article Addressed to:<br><br>Clerk<br>United States District Court<br>Western District of Louisiana<br>United States Courthouse<br>800 Lafayette Street, Ste 2100<br>Lafayette, LA 70501<br><br>07cv604 Transfer | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0005 4873 0171 |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540