NAME Marion [illegible]
**VENTRESS CORRECTIONAL FACILITY**
P. O. BOX 767
Clayton, AL 36016

2:07cv604

"This correspondence is forwarded from
 Alabama State Prison. The contents have
 not been evaluated, and the Alabama Department
 of Corrections is not responsible for the substance
 or content of the enclosed communication."

U.S District Court
P.O Box 711
Montgomery, AL;
36101-0711